880 A.2d 1213

**In the Matter of Larrick B. STAPLETON.**

**Petition for Reinstatement.**

**No. 932 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

July 12, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 12th day of July, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 13, 2005, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.